# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

136357

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRIAN KELLY WHITE,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136357
COA: 276990
Oakland CC: 2005-202100-FH

On order of the Court, the application for leave to appeal the April 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

_____
Clerk

p0910